DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENWICK FOSTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3352

[June 30, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 432021CA001054A.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Renwick Foster, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***